UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUTHARY UNG | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | -cv- |
| v. | ) | |
| | ) | |
| TARGET CORPORATION | ) | |
| d/b/a TARGET STORES, INC. | ) | |
| | ) | |
| **Defendant** | ) | OCTOBER 6, 2020 |

## DEFENDANT TARGET CORPORATION D/B/A TARGET STORES, INC.'S NOTICE OF REMOVAL

**To the Judges of the United States District Court for The District of Connecticut:**

The Defendant Target Corporation d/b/a Target Stores, Inc., by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§1332(a) and 1441 hereby removes this action from the Superior Court, Judicial District of Fairfield at Bridgeport, State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

(1)     The Plaintiff served an action against Defendant Target Corporation d/b/a Target Stores Inc., on or about September 8, 2020, filed on September 15, 2020, entitled <u>Suthary Ung v. Target Corporation d/b/a Target Stores, Inc., FBT-CV-20-6100143-S</u>, bearing a return date of October 13, 2020 and made returnable to the Judicial District of Fairfield at Bridgeport. A copy of the Summons and Complaint is attached hereto as Exhibit "A".

(2)     In the Complaint, the Plaintiff Suthary Ung asserts claims for common law negligence and mode of operation against the Defendant alleging that the Plaintiff Suthary Ung sustained physical injuries and damages when she allegedly slipped and fell in the Target store in Trumbull, Connecticut on September 8, 2018. The Plaintiff is claiming physical injuries, some of which are stated to be "permanent", that include injuries to her back, right hip and right leg.

Although liability and damages are disputed by the Defendant, any award in favor of the Plaintiff could potentially exceed the jurisdictional threshold of $75,000 given the claims made by the Plaintiff as set forth in the Complaint.

(3)     Target Corporation d/b/a Target Stores Inc. is a Minnesota corporation with a principal place of business in Minneapolis Minnesota.

(4)     Plaintiff Suthary Ung is a resident, citizen and is domiciled in Torrington, Connecticut. He provided an address of 105 Paul Street, East Haven, Connecticut on the Summons dated September 2, 2020 and filed on September 15, 2020.

(5)     The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the matter is between citizens of different states and the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the Plaintiff. Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

(6)     This Notice of Removal is being filed within thirty (30) days of Defendant being notified of this lawsuit and Defendant Target Corporation d/b/a Target Stores, Inc., has complied with all requirement of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Target Corporation d/b/a Target Stores, Inc. respectfully requests that the above action be removed from the Superior Court, Judicial District of Fairfield at Bridgeport Torrington, State of Connecticut, to this Honorable Court.

DEFENDANT TARGET CORPORATION D/B/A TARGET STORES, INC.,

__/s/ Dawn Neborsky #27985_____
Dawn M. Neborsky, Esq.
Kiernan Trebach, LLP
40 Court Street
Boston, MA 02108
617-426-3900
dneborsky@kiernantrebach.com

## CERTIFICATE OF SERVICE

This is to certify that on this 6th Day of October 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated don the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ Dawn M. Neborsky
    Dawn M. Neborsky

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

[ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
[X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
[ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 Main Street, Bridgeport, CT 06604 | (203) 579-6527 | OCTOBER 13, 2020 |

| | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|
| [X] Judicial District   [ ] Housing Session   [ ] G.A. Number: | Bridgeport | Major: T   Minor: 03 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Michael J. Rosnick; Miller, Rosnick, D'Amico, August & Butler, 1087 Broad St, Bridgeport, CT 06604 | 038116 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| (203) 334-0191 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   [ ] Yes   [X] No

Email address for delivery of papers under Section 10-13 (if agreed to)

Number of Plaintiffs: 1   Number of Defendants: 1   [ ] Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: UNG, SUTHARY   Address: 105 Paul Street, East Haven, CT 06512 | P-01 |
| Additional Plaintiff | Name:   Address: | P-02 |
| First Defendant | Name: TARGET CORPORATION D/B/A TARGET STORES, INC., 120 Hawley Lane, Trumbull, CT 06611   Address: c/o Agent for Service, CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108 | D-01 |
| Additional Defendant | Name:   Address: | D-02 |
| Additional Defendant | Name:   Address: | D-03 |
| Additional Defendant | Name:   Address: | D-04 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | [X] Commissioner of the Superior Court  [ ] Assistant Clerk | Name of Person Signing at Left | Date signed |
|---|---|---|---|
| /s/ Michael J. Rosnick | | Michael J. Rosnick | 09/02/2020 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. *Type or print legibly; sign summons.*
2. *Prepare or photocopy a summons for each defendant.*
3. *Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.*
4. *After service has been made by a proper officer, file original papers and officer's return with the clerk of court.*
5. *Do not use this form for the following actions:*

   (a) *Family matters (for example divorce, child support, custody, paternity, and visitation matters).*
   (b) *Summary process actions.*
   (c) *Applications for change of name.*
   (d) *Probate appeals.*
   (e) *Administrative appeals.*
   (f) *Proceedings pertaining to arbitration.*
   (g) *Any actions or proceedings in which an attachment, garnishment or replevy is sought.*

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
|  | C 10 | Construction - State and Local |
|  | C 20 | Insurance Policy |
|  | C 30 | Specific Performance |
|  | C 40 | Collections |
|  | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
|  | E 10 | Redevelopment Condemnation |
|  | E 20 | Other State or Municipal Agencies |
|  | E 30 | Public Utilities & Gas Transmission Companies |
|  | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
|  | M 10 | Receivership |
|  | M 20 | Mandamus |
|  | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
|  | M 40 | Arbitration |
|  | M 50 | Declaratory Judgment |
|  | M 63 | Bar Discipline |
|  | M 66 | Department of Labor Unemployment Compensation Enforcement |
|  | M 68 | Bar Discipline - Inactive Status |
|  | M 70 | Municipal Ordinance and Regulation Enforcement |
|  | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
|  | M 83 | Small Claims Transfer to Regular Docket |
|  | M 84 | Foreign Protective Order |
|  | M 90 | All other |
| Property | P 00 | Foreclosure |
|  | P 10 | Partition |
|  | P 20 | Quiet Title/Discharge of Mortgage or Lien |
|  | P 30 | Asset Forfeiture |
|  | P 90 | All other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
|  | T 03 | Defective Premises - Private - Other |
|  | T 11 | Defective Premises - Public - Snow or Ice |
|  | T 12 | Defective Premises - Public - Other |
|  | T 20 | Products Liability - Other than Vehicular |
|  | T 28 | Malpractice - Medical |
|  | T 29 | Malpractice - Legal |
|  | T 30 | Malpractice - All other |
|  | T 40 | Assault and Battery |
|  | T 50 | Defamation |
|  | T 61 | Animals - Dog |
|  | T 69 | Animals - Other |
|  | T 70 | False Arrest |
|  | T 71 | Fire Damage |
|  | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
|  | V 04 | Motor Vehicles* Pedestrian vs. Driver |
|  | V 05 | Motor Vehicles* - Property Damage only |
|  | V 06 | Motor Vehicle* - Products Liability Including Warranty |
|  | V 09 | Motor Vehicle* - All other |
|  | V 10 | Boats |
|  | V 20 | Airplanes |
|  | V 30 | Railroads |
|  | V 40 | Snowmobiles |
|  | V 90 | All other |
|  |  | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
|  | W 90 | All other |

| | | |
|---|---|---|
| RET. DATE: 2ND TUESDAY OCTOBER 2020 | : | SUPERIOR COURT |
| SUTHARY UNG | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| TARGET CORPORATION D/B/A TARGET STORES, INC. | : | SEPTEMBER 2, 2020 |

## COMPLAINT

**FIRST COUNT:**

1. At all relevant times herein mentioned, the Defendant, TARGET CORPORATION D/B/A TARGET STORES, INC. (collectively "TARGET"), owned, leased, maintained, managed, possessed and/or controlled the premises located at 120 Hawley Lane, Trumbull, CT 06611.

2. On or about September 8, 2018, at approximately 4:25 p.m., the Plaintiff, SUTHARY UNG, was a business invitee at the Defendant's store who was walking in the Defendant's store.

3. At the same place and time, as the Plaintiff, SUTHARY UNG, was walking she was caused to fall, and did fall, on "mashed bananas" and other wet and slippery debris (collectively, the "Mashed Bananas") that was found on the surface of the floor.

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4282
(203) 334-0191
JURIS # 38118

4. Said Mashed Bananas, at that time, and for a long time prior thereto, were dangerous to pedestrians walking on them, including the Plaintiff, SUTHARY UNG.

5. The Defendant had, or should have had, notice and knowledge of the Mashed Bananas on the floor, which constituted an unsafe, dangerous and defective condition, but it failed to remedy said unsafe, dangerous and defective condition.

6. Said occurrence, including Plaintiff's fall, and the resulting injuries were caused by the negligence and/or carelessness of the Defendant, TARGET, acting through its employees, agents, servants, and assigns, in or more of the following respects:

    a) in that the Defendant knew, or in the exercise of due care should have known, that the Mashed Bananas and/or liquid and/or other debris created an unsafe, dangerous and defective condition and failed to take reasonable precautions to remedy said condition;

    b) in that the Defendant, for more than a reasonable time, permitted said Mashed Bananas and/or liquid and/or other debris to be and remain in said unsafe, dangerous and defective condition so that pedestrian travel on said premises, and use thereof, was rendered dangerous to invitees, including the Plaintiff;

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4282

(203) 334-0191

JURIS # 38118

2

c) in that the Defendant failed to provide sufficient maintenance and security for said premises enable it to discover and remedy said unsafe, dangerous and defective conditions, including those encountered by the Plaintiff;

d) in that the Defendant failed to reasonably guard the Plaintiff from the danger of said condition which it maintained;

e) in that the Defendant allowed, permitted and/or took no steps to prevent individuals lawfully using the premises slipping on the Mashed Bananas, and/or liquid and/or other debris that was on the floor;

f) in that the Defendant failed to make a reasonable inspection of said premises which it owned and/or controlled;

g) in that the Defendant failed to give any warning to the Plaintiff of the unsafe, dangerous and defective condition which existed in said store;

h) in that any steps that were taken to prevent Mashed Bananas, and/or liquid and/or other debris from accumulating in said aisle were inadequate, and the Defendant knew they were inadequate, but failed to take further reasonable and adequate steps to prevent the Mashed Bananas, and/or liquid and/or other debris from accumulating in the public areas of its store;

i) in that its agents and/or employees failed to take reasonable steps to stop the Mashed Bananas and/or liquid and/or other debris from accumulating on the floor; and,

LAW OFFICES
ILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4282

(203) 334-0191

JURIS # 38116

3

j) in that its agents and/or employees failed to take reasonable steps to warn shoppers of the Mashed Bananas and/or liquid and/or other debris on the floor, or to cordon off the area from the public.

7. As a proximate result of said occurrence and of the Defendant's carelessness and negligence, the Plaintiff, SUTHARY UNG, sustained the following injuries of a serious, painful and permanent nature:

a. disc herniation at L5-S1;

b. acute musculoligamentos sprain/strain of the lumbar spine;

c. reduced range of motion of the lumbar spine;

d. lumbar radiculopathy;

e. contusion to low back;

f. reduced range of motion of the lumbar spine;

g. right hip pain and injury;

h. right leg pain and injury;

i. reduced range of motion of the right leg;

j. right leg numbness, tingling and weakness;

k. muscle spasms;

l. sleep disturbance;

m. headaches; and,

n. bruises, sprains and contusions of her head, body and limbs.

LAW OFFICES
HILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0181
JURIS # 38116

4

8.  As a further result of the Defendant's negligence and/or carelessness, the Plaintiff, SUTHARY UNG, received a general shock to her nervous system. She has endured and will continue to endure for a long period of time, great mental and physical suffering. She has been and will be permanently restricted and deprived of the usual pleasures, pursuits, diversions and recreations of life.

9.  As a further result, the Plaintiff incurred expenses for medical care and attention and may continue to do so in the future.

WHEREFORE, the Plaintiff claims monetary damages within the jurisdiction of this Court.

THE PLAINTIFF

By *Michael J. Rosnick*
MICHAEL J. ROSNICK
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Juris #: 038116

LAW OFFICES
IILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
RIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

5

| | | |
|---|---|---|
| RET. DATE: 2ND TUESDAY OCTOBER 2020 | : | SUPERIOR COURT |
| SUTHARY UNG | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| TARGET CORPORATION D/B/A<br>TARGET STORES, INC. | : | SEPTEMBER 2, 2020 |

### AMOUNT IN DEMAND

The amount, legal interest or property in demand is FIFTEEN THOUSAND AND NO/100 ($15,000.00) DOLLARS or more exclusive of interest and costs.

THE PLAINTIFF

By *Michael J. Rosnick*
MICHAEL J. ROSNICK
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT  06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Juris #: 038116

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

6